■ JOSE TORRES, an Infant, by His Mother and Natural Guardian, SILA ACOSTA, et al., Respondents, v CITY OF NEW YORK et al., Defendants, and BETH ISRAEL MEDICAL CENTER, Appellant.—Orders, Supreme Court, New York County (Ira Gammerman, J.), entered on August 19, 1987 and January 27, 1989, respectively, unanimously affirmed, and the appeal from the order entered on January 29, 1988 dismissed as nonappealable, all without costs and disbursements. Motion by respondents to dismiss appeals, and for other related relief, is denied as academic. No opinion. Concur—Sullivan, J. P., Asch, Rosenberger, Wallach and Rubin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ABRAHAM BORDOY, Appellant.—Judgment, Supreme Court, New York County (Edward McLaughlin, J.), rendered on March 2, 1988, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.)* We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Kupferman, J. P., Sullivan, Carro, Milonas and Smith, JJ.